IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIP T. VANTILBURG,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 4:25CV3055<br><br><br>**FINAL PROGRESSION ORDER**<br>**(AMENDED)** |

Defendant's unopposed motion to extend certain deadlines in the final progression order is granted. Filing No. 22.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for June 2, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **July 14, 2026** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for moving to amend pleadings or add parties are:

      For the plaintiff(s):      October 1, 2025.
      For the defendant(s):     December 15, 2025.

3) The deadline for completing written discovery under Rules 33, 34, 36

and 45 of the Federal Rules of Civil Procedure is April 14, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by April 28, 2026.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    March 16, 2026.

    For the defendant(s):    May 13, 2026.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 12, 2026.

    a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 10.

    b. Depositions will be limited by Rule 30(d)(1).

6) The deadline for filing motions to dismiss and motions for summary judgment is April 27, 2026.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 14, 2026.

8) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

9) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

11) All deadlines and provisions in the Court's prior final progression order, Filing No. 16, not amended herein remain unchanged.

Dated this 24th day of November, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge