IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIP VANTILBURG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>UNITED STATES OF AMERICA<br>　　　　　　Defendant. | **4:25CV3055**<br><br><br>**FINAL PROGRESSION ORDER<br>(AMENDED)** |

This matter is before the Court of Defendant's motion to amend case progression. Filing No. 41. Plaintiff opposes the motion arguing Defendant has not been diligent in attempting to meet the current progression order deadlines and Plaintiff would be prejudiced by an extension. Filing No. 42. Despite these arguments, the Court finds Defendant has established good cause to modify case progression. Moreover, the Court denies the motion in part, limiting any prejudice to Plaintiff.

Accordingly, Defendant's motion to amend, Filing No. 41, is granted in part and denied in part. The current progression orders, Filing Nos. 25 and 30, are amended as follows:

1)　The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for October 27, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **January 12, 2027** at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

1

2)   The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is **December 28, 2026.** Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **January 11, 2027.**

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)   The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | Completed. |
| For the defendant(s): | **August 26, 2026.** |
| Plaintiff(s)' rebuttal: | **September 23, 2026.** |

4)   The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **October 26, 2026.**

5)   The deadline for filing motions to dismiss and motions for summary judgment is **April 27, 2027.**

6)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **October 7, 2026.**

7)   Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8)   All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

9)   No further extensions will be granted absent a substantial showing of good cause.

2

IT IS ORDERED.

Dated this 28th day of May, 2026.

BY THE COURT:

_s/ Jacqueline M. DeLuca_

United States Magistrate Judge