IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIP T. VANTILBURG,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **4:25CV3055**<br><br>**ORDER FOR DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 50). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 15th day of September, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge